UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCHNEIDER ROTHMAN<br>IP LAW GROUP,<br><br>               Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES,<br><br>               Defendant. | Civil Action No. 18-2821 (CKK) |

## **JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated May 16, 2019, the parties respectfully submit this joint status report in this Freedom of Information Act case.

On May 20, 2019, plaintiff provided a letter that asked questions about the agency's search and for additional information relating to the agency's assertion of FOIA Exemption 5.

On May 23, 2019, the agency provided its responses to plaintiff's questions about the search and advised that it anticipated that it would take approximately four weeks to prepare a draft Vaughn index for its FOIA Exemption 5 withholdings.

The agency has now advised that it will need an additional three weeks to finish preparing its draft Vaughn index, i.e., until on or about July 11, 2019.

Accordingly, the parties propose filing another joint status report on or before July 30, 2019.

Date:  June 24, 2019

                                                Respectfully submitted,

*/s/ Joel B. Rothman*                JESSIE K. LIU, D.C. Bar # 472845
JOEL B. ROTHMAN              United States Attorney
Florida Bar No. 98220
joel.rothman@sriplaw.com        DANIEL F. VAN HORN, D.C. Bar # 924092
                                                  Chief, Civil Division

**SRIPLAW, PLLC**
21301 Powerline Road              By:  /s/ Marsha W. Yee
Suite 100                                     MARSHA W. YEE
Boca Raton, FL 33433               Assistant United States Attorney
561.404.4350 – Telephone         Civil Division
561.404.4353 – Facsimile           United States Attorney's Office
                                                  555 4th Street, N.W.
*Counsel for Plaintiff SRIPLAW*     Washington, D.C. 20530
                                                  Telephone:  (202) 252-2539
                                                  Email:  Marsha.Yee@usdoj.gov

                                                 *Counsel for Defendant*